IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Walker D. Miller

Date: April 8, 2010
Courtroom Deputy: J. Chris Smith
Court Reporter: Gwen Daniel

_____

Civil Action No. 09-cv-02701-WDM-MEH

| | |
|---|---|
| CHANEL, INC., a New York Corporation, | Peter A. Gergely |
| | Stephen M. Gaffigan |
| Plaintiff, | |
| v. | |
| EU INTERSTATE , LLC, a Colorado Limited Liability Company and DOES 1-10, | No appearance |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Default Judgment**

**9:08 a.m.**     **Court in session.**

Court's preliminary remarks and entry of appearances by counsel.

Mr. Gaffigan states Clerk's Entry of Default has entered [25].

Court's statements regarding the requirements of entry of default judgments.

Mr. Gaffigan answers questions asked by the Court regarding domain names (Website addresses / registrations) and the submitted proposed order (relief sought / terminology).

**ORDERED:**    **Plaintiff's Motion for Entry of Final Default Judgment Against Defendant EU Interstate, LLC, filed February 24, 2010 [27], is granted.**
               **Counsel shall submit revised language identifying registrar/registry and the mandate about canceling or placing on hold the names as instructed by April 9, 2010.**

**9:33 a.m.**     **Court in recess.**     Hearing concluded. Total time: 25 min.